1  FARHAN R. NAQVI
   Nevada Bar No. 8589
2  SARAH M. BANDA
   Nevada Bar No. 11909
3  NAQVI INJURY LAW
4  9500 W Flamingo Road, Suite 104
   Las Vegas, Nevada 89147
5  Telephone: (702) 553-1000
   Facsimile: (702) 553-1002
6  naqvi@naqvilaw.com
7  sarah@naqvilaw.com
   *Attorneys for Plaintiff*
8
                    **UNITED STATES DISTRICT COURT**
9
                           **DISTRICT OF NEVADA**
10

11  | CAROLYN LA BAUVE HAMPTON, individually, | Case No.: 2:20-cv-00681-KJD-BNW |
12  | | |
    | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL (SECOND REQUEST)** |
13  | | |
14  | vs. | |
15  | ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC; TOM SCHLAEN; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | |
16  | | |
17  | | |
18  | | |
19  | Defendants. | |
20

21       Plaintiff CAROLYN LA BAUVE HAMPTON ("Plaintiff") and Defendants

22  ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S;

23  ALBERTSON'S STORES SUB LLC; and AB ACQUISITION LLC ("Defendants"), by and

24  through their respective attorneys, submit this **STIPULATION AND ORDER TO**

25

26  **CONTINUE TRIAL (SECOND REQUEST)** pursuant Rules 6(b) and 26(f) of the Federal

27  Rules of Civil Procedure and Local Rules 6-1 and 26-4 for the Court's consideration.

28



Page 1 of 2

1. Good cause exists for the continuance. The parties participated in a Settlement Conference on July 6, 2023. While a settlement was not reached, strides were made. The parties have now agreed to participate in a private mediation. With the upcoming holidays, and the scheduling of the mediation, the requested extension of time will provide sufficient time after the mediation to allow the parties to conduct further settlement discussions thereafter if the case does not resolve at that time, and will ultimately provide adequate time for the parties to prepare for Trial if a settlement cannot be reached. Therefore, a continuance will also help to facilitate the parties' settlement efforts.

The current trial date is December 10, 2023, with the Calendar Call scheduled for November 28, 2023 at 9:30 a.m. The parties agree that the trial and all associated deadlines, including that related to motions in limine, be continued to late March 2024 or as soon thereafter as this matter may be heard. This Stipulation to Continue Trial is made in good faith and not for purposes of undue delay.

DATED this 11th day of October, 2023.                      DATED this 11th day of October, 2023.

NAQVI INJURY LAW                                           BACKUS | BURDEN

_/s/ Sarah M. Banda_____                          /s/ Jack P. Burden_____
FARHAN R. NAQVI                                            JACK P. BURDEN
Nevada Bar No. 8589                                        Nevada Bar No. 6918
SARAH M. BANDA                                             JACQUELYN FRANCO
Nevada Bar No. 11909                                       Nevada Bar No. 13484
9500 W Flamingo Road, Suite 104                            3050 South Durango Drive
Las Vegas, Nevada 89147                                    Las Vegas, Nevada 89117
*Attorneys for Plaintiff*                                  *Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE,

DATED:     10/25/2023
           _____

