UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN LA BAUVE HAMPTON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALBERTSON'S, LLC, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:20-cv-00681-KJD-VCF<br><br>**ORDER** |

　　　Presently before the Court is the parties Stipulation to Continue Trial (#52). Having read and considered the stipulation, and good cause being found, the Court grants the parties stipulation.

　　　**IT IS HEREBY ORDERED** that the Jury Trial set for March 11, 2024, is continued to May 6, 2024, at the hour of 9:00 a.m. in courtroom 4A.

　　　**IT IS FURTHER ORDERED** that the Calendar Call set for March 5, 2024, at 9:30 a.m. is continued to April 30, 2024, at the hour of 9:30 a.m. in courtroom 4A.

Dated this 26th day of January 2024.

_____
Kent J. Dawson
United States District Judge