Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
Attorneys for Defendants *Albertson's LLC, Safeway Inc., Albertson's Stores Sub LLC, and AB Acquisition LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROLYN LA BAUVE HAMPTON, individually,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC, dba ALBERTSON'S; SAFEWAY INC. dba ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC; TOM SCHLAEN; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | **2:20-cv-00681-KJD-VCF**<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(Fourth Request)** |

Plaintiff CAROYLYN LA BAUVE HAMPTON ("Plaintiff") and Defendants ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY, INC. d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; and AB ACQUISTION LLC ("Defendants"), by and through their respective counsel, submits the instant **STIPULATION AND ORDER TO CONTINUE TRIAL (Fourth Request)** pursuant to Rules 6(b) and 26(f) of the Federal Rules of Civil Procedure and Local Rules 6-1 and 26-4 for the Court's consideration.

Also, pursuant to LCR 45-2(a), it is respectfully submitted the continuance is necessary to allow the parties to continue to explore Alternative Dispute Resolution options. The parties previously attended a Settlement Conference with Magistrate Weksler on July 6, 2023 and private

mediation with Paul Haire, Esq. on December 12, 2023. Each meeting has brought the parties closer to settlement and it is anticipated that a third attempt will allow the parties to reach a full and final resolution.

*The parties previously requested a trial extension to allow time for ADR with the Hon. Justice Silver (Ret). Unfortunately, due to calendaring conflicts the date/time could not be scheduled before the first week of June 2024.*

The current Trial date is May 6, 2024, with the Calendar Call scheduled for April 30, 2024 and 9:30am. The parties agree that the trial and all associated deadlines, including those related to Motions in Limine, be continued to July 2024 or as soon thereafter as this matter may be heard.

This Stipulation to Continue Trial is made in good faith and not for purposes of undue delay.

IT IS SO STIPULATED

| NAQVI INJURY LAW | BACKUS | BURDEN |
|---|---|
| */s/Sandra M. Banda* | */s/Jack P. Burden* |
| FARHAN R. NAQVI | JACK P. BURDEN |
| Nevada Bar No. 8589 | Nevada Bar No. 6918 |
| SARAH M. BANDA | JACQUELYN FRANCO |
| Nevada Bar No. 11909 | Nevada Bar No. 13484 |
| 9500 W Flamingo Road, Suite 104 | 3050 South Durango Drive |
| Las Vegas, Nevada 89147 | Las Vegas, Nevada 89117 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

2:20-cv-00681-KJD-VCF

## ORDER

IT IS HEREBY FOUND that the parties continue to explore Alternative Dispute Resolution options.

IT IS HEREBY FURTHER FOUND that parties are discussing possible ADR facilitators, including Hon. Justice Silver (Ret.); whose availability is after the currently scheduled May 6, 2024 Trial.

IT IS HEREBY ORDERED that the Jury Trial set for May 6, 2024 is VACATED and continued to July 29, 2024 at 9:00 a.m. in courtroom 4A.

IT IS HEREBY FURTHER ORDERED that the Calendar Call set for April 30, 2024 at 9:30am is VACATED and continued to July 23, 2024 at 9:30 a.m. in courtroom 4A.

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**

**Dated:** 04/09/2024

3