UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN LA BAUVE HAMPTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERTSON'S, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:20-cv-00681-KJD-VCF<br><br>**ORDER** |

　　Presently before the Court is Plaintiff's Notice of Settlement (#56). Plaintiff asserts that the Parties have reached a settlement of all claims pending in this action and will soon submit to the Court a stipulation dismissing all claims. (#56, at 1). The Notice of Settlement (#56) was filed on July 10, 2024; however, the Court has not yet received a stipulation at this time. As trial is scheduled for July 29, 2024, the Parties must file a stipulation of dismissal or a status update by July 22, 2024.

　　Accordingly, **IT IS HEREBY ORDERED** that the Parties have until July 22, 2024, to file a stipulation of dismissal or a status update.

Dated this 17th day of July 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge