UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN LA BAUVE HAMPTON,<br><br>                                    Plaintiff,<br><br>     v.<br><br>ALBERTSON'S, LLC, et al.,<br><br>                                    Defendants. | Case No. 2:20-cv-00681-KJD-VCF<br><br>**ORDER** |

On July 17, 2024, the Court requested the Parties file a stipulation of dismissal or a status update by July 22, 2024. (#57). The Parties provided the Court with a status update on July 22, 2024, asserting that they are working to finalize the settlement documents and will thereafter file a stipulation to dismiss the action. (#58). The Parties are requesting an additional 45 days to finalize the remaining documents and move to dismiss the matter. Id. Therefore, having read and considered the status report, and good cause being found, the Court grants the Parties' request.

Accordingly, **IT IS HEREBY ORDERED** that the Jury Trial set for July 29, 2024, is **VACATED** and **CONTINUED** to September 17, 2024, at 9:00 a.m. in courtroom 4A.

**IT IS FURTHER ORDERED** that the Calendar Call set for July 23, 2024, is **VACATED** and **CONTINUED** to August 27, 2024, at 10:30 a.m. in courtroom 4A.

Dated this 23rd day of July 2024.

Kent J. Dawson
United States District Judge