Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
Attorneys for Defendants *Albertson's LLC, Safeway Inc., Albertson's Stores Sub LLC, and AB Acquisition LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN LA BAUVE HAMPTON, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC, dba ALBERTSON'S; SAFEWAY INC. dba ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC; TOM SCHLAEN; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>    Defendants. | 2:20-cv-00681-KJD-MDC<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

Plaintiff CAROLYN LA BAUVE HAMPTON, by and through her counsel of record Farhan R. Naqvi, Esq. of Navi Injury Law, Steven T. Jaffe, Esq. of Hall Jaffe, and Defendants ALBERTSON'S, LLC, dba ALBERTSON'S; SAFEWAY INC. dba ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC and TOM SCHLAEN by and through its counsel of record Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of BACKUS | BURDEN hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own

attorneys' fees and costs.

It is hereby requested that the Calendar Call of Aug. 27, 2024 and the Trial of Sep. 17, 2024 be **VACATED**.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: July 25, 2024

**BACKUS | BURDEN**

By: /s/
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
3050 South Durango Dr
Las Vegas, NV 89117
T: (702) 872-5555 – F: (702) 872-5545
Attorneys for Defendants *Albertson's LLC, Safeway Inc., Albertson's Stores Sub LLC, and AB Acquisition LLC*

DATED: July 25, 2024

**NAQVI INJURY LAW**
**HALL JAFFE**

/s/
Farhan R. Naqvi, Esq.
9500 West Flamingo Road #104
Las Vegas, NV 89147
naqvi@naqvilaw.com
   -And-
Steven T. Jaffe, Esq.
7425 Peak Drive
Las Vegas, NV 89128
Email: **sjaffe@halljaffe.com**
*Attorneys for Plaintiff Carolyn LeBauve Hampton*

### ORDER - 2:20-cv-00681-KJD-MDC

**IT IS HEREBY ORDERED** that all claims that have been brought and/or could have been brought by Plaintiff against Defendants in the above-titled litigation are DISMISSED *WITH* PREJUDICE. This stipulated dismissal ***DOES*** resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein. Calendar Call of Aug. 27, 2024 and Trial of Sep. 17, 2024 are HEREBY VACATED.

**IT IS SO ORDERED.**

DATED August 5, 2024

_____
United States District Court Judge

Respectfully Submitted,
**BACKUS | BURDEN**
By: _____
Jack P. Burden, Esq.
3050 N. Durango Drive
Las Vegas, NV 89117
Attorneys for Defendants

2